## TIMOUR v. PITT COUNTY MEMORIAL HOSPITAL

[351 N.C. 47 (1999)]

NIECA TIMOUR v. PITT COUNTY MEMORIAL HOSPITAL, INC., a NORTH CAROLINA CORPORATION

No. 3PA99

(Filed 8 October 1999)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 131 N.C. App. 548, 508 S.E.2d 329 (1998), reversing and remanding an order entered 9 April 1997 by Duke, J., in Superior Court, Pitt County. Heard in the Supreme Court 13 September 1999.

*Anne K. O'Connell and Jeffrey S. Miller for plaintiff-appellee.*

*Harris, Shields, Creech and Ward, P.A., by R. Brittain Blackerby and Mary V. Ringwalt, for defendant-appellant.*

*Elizabeth F. Kuniholm, President, North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

AFFIRMED.

Justices MARTIN and WAINWRIGHT did not participate in the consideration or decision of this case.